Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

1  RANDOLPH, CREGGER & CHALFANT LLP
   THOMAS A. CREGGER, ESQ., State Bar No. 124404
2  tac@randolphlaw.net
   STEPHANIE L. QUINN, ESQ., State Bar No. 216655
3  slq@randolphlaw.net
   1030 G Street
4  Sacramento, California 95814
   Telephone: (916) 443-4443
5  Facsimile:  (916) 443-2124

6  Attorneys for Defendants
   KATHLEEN VANCE, THOMAS O. HYATT,
7  DAN LUCAS, RICHARD A. CLARK

8

[FILED CLERK, U.S. DISTRICT COURT JAN 3 0 2008 CENTRAL DISTRICT OF CALIFORNIA BY DEPUTY]

9              IN THE UNITED STATES DISTRICT COURT

10             FOR THE CENTRAL DISTRICT OF CALIFORNIA

11

12 HAROLD D. GOINGS, JR., III,           No.  EDCV 07-00525 VBF
                                         (JCx)
13           Plaintiff,

14    vs.                                [PROPOSED] JUDGMENT

15 UNION PACIFIC RAILROAD
   COMPANY; KATHLEEN VANCE;
16 THOMAS O. HYATT; DAN LUCAS;
   RICHARD A. CLARK; ED TELLER; and
17 DOES 1-100, inclusive;

18           Defendants.
                                        /
19

20       This court, having on December 13, 2007, granted Defendants KATHLEEN
21 VANCE, THOMAS O. HYATT, DAN LUCAS, RICHARD A. CLARK's Motion
22 for Dismissal for Plaintiff's Failure to File Amended Complaint and having ordered
23 judgment as requested in said motion;
24 ///
25 ///
26 ///
27 ///
28 ///

1 |     IT IS ORDERED, ADJUDGED AND DECREED that plaintiff shall take
2 | nothing, and that Defendants KATHLEEN VANCE, THOMAS O. HYATT, DAN
3 | LUCAS, RICHARD A. CLARK shall recover from said plaintiff costs of suit in the
4 | sum of $_____.

Dated: 1-29-08    *Valerie Baker Fairbank* (signature)

HONORABLE VALERIE BAKER FAIRBANK
JUDGE OF THE UNITED STATES DISTRICT
COURT, CENTRAL DISTRICT OF CALIFORNIA

[PROPOSED] JUDGMENT              -2-

# PROOF OF SERVICE

**CASE:** *Harold D. Goings, Jr., III v. Union Pacific Railroad Co., et al.*
**NO:** U. S. District Court, Central District of California, No. EDCV 07-00525 VBF (JCx)

The undersigned declares:

I am a citizen of the United States and a resident of the County of Sacramento. I am over the age of 18 years and not a party to the within above-entitled action; my business address is 1030 G Street, Sacramento, CA 95814.

I am readily familiar with this law firm's practice for collection and processing of correspondence for mailing with the United States Postal Service; said correspondence will be deposited with the United States Postal Service the same day in the ordinary course of business.

On the date indicated below I served the within **[PROPOSED] JUDGMENT** on all parties in said action as addressed below by causing a true copy thereof to be:

xx   **placed in a sealed envelope** with postage thereon fully prepaid in the designated area for outgoing mail:

___  **delivered by hand:**

___  **telecopied by facsimile:**

___  **express mailed:**

Plaintiff in Pro Per
Harold D. Goings, Jr., III
7237 E. 25th Street
Yuma, AZ 85365
Tele: 928-344-5456

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this January 24, 2008 at Sacramento, California.

_____
DEANNA CZARNECKI

[PROPOSED] JUDGMENT                              -3-